DUFUR, Respondent, vs. ASHLAND COUNTY, Appellant.

*October 26 — November 13, 1894.*

APPEAL from the Circuit Court for *Ashland* County. The cause was submitted for the appellant on the brief of *R. Sleight.*

CASSODAY, J.   In pursuance of the stipulation filed herein, and for the reasons given in the opinion in the case of *Dufur v. Ashland Co., ante,* p. 574, the order of the circuit court is reversed, and the cause is remanded for further proceedings in accordance with that opinion.